IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES TODD,

     Appellant,

 v.                              Case No.  5D21-2375
                                    LT Case No. 2013-306679-CFDB

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed August 23, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Matthew M. Foxman, Judge.

James Todd, Chipley, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.